[No. 19661–8–I.  Division One.  July 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND
AUGUSTINE STRIKE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. C–70138, John W. Riley, J., entered November
19, 1986. *Affirmed* by unpublished opinion per Winsor, J.,
concurred in by Scholfield, C.J., and Pekelis, J.

[No. 18047–9–I.  Division One.  July 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD HARRY
WILLIAMS, ET AL, *Defendants,* TIMOTHY
DALTON EVANS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–03771–1, James A. Noe, J., entered
March 6, 1986. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Grosse and Winsor, JJ.

[No. 19885–8–I.  Division One.  July 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN MOORE,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–03866–0, Terrence A. Carroll, J., entered
January 26, 1987. *Dismissed* by unpublished per curiam
opinion.

[No. 20767–9–I.  Division One.  July 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DAN WILLIAM
PICKEREL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–04253–5, Donald D. Haley, J., entered
July 15, 1987. *Dismissed* by unpublished per curiam opin-
ion.